UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BEIJING NEU CLOUD ORIENTAL
SYSTEM TECHNOLOGY CO., LTD.,

                 Plaintiff,
-against-                           21 **CIVIL** 7589 (AKH)

## JUDGMENT

INTERNATIONAL BUSINESS MACHINES
CORPORATION, et al.,

                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 09, 2022, the motion to dismiss for lack of personal jurisdiction is GRANTED as to IBM China. The motion to dismiss also is GRANTED as to all defendants because the action is time-barred, fails plausibly to state a claim for relief, and is foreclosed by Section 1837; accordingly, the case is closed.

**Dated:**  New York, New York
        November 10, 2022

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                             **BY:**

                                                                    **Deputy Clerk**